UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ARUN RATTAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:12-CV-262 |
| | ) |
| KNOX COUNTY JUVENILE COURT | ) |
| and KNOX COUNTY | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motions to Dismiss filed by the Defendants [Doc.10]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Arun Rattan take nothing, that Plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that the Defendants recover of the Plaintiff their costs of action.

Dated at Knoxville, Tennessee, this 20th day of November, 2012.

                                        s/ Debra C. Poplin

                                        Clerk of Court